■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JONATHAN LEWICKI, Appellant. (Appeal No. 2.) [987 NYS2d 288]— Appeal from a judgment of the Supreme Court, Erie County (Christopher J. Burns, J.), rendered June 12, 2012. The judgment convicted defendant, upon his plea of guilty, of burglary in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Lewicki* (118 AD3d 1328 [June 13, 2014]). Present—Smith, J.P., Peradotto, Sconiers, Whalen and DeJoseph, JJ.